# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICKIE L. EARL & NUTENA EARL  Case Number: 07-72106
1512 GOLDEN OAK DRIVE  SSN-xxx-xx-6833 & xxx-xx-2501
WOODSTOCK, IL  60098

Case filed on: 9/4/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RICKIE L. EARL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 145,056.05 | 0.00 | 0.00 | 0.00 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 32,496.02 | 32,496.02 | 0.00 | 0.00 |
|  | Total Secured | 177,552.07 | 32,496.02 | 0.00 | 0.00 |
| 004 | BANK FIRST | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANK FIRST | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 3,513.53 | 3,513.53 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 744.36 | 744.36 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 685.79 | 685.79 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 514.35 | 514.35 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 797.92 | 797.92 | 0.00 | 0.00 |
| 011 | CB USA SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | GRAND VICTORIA CASINO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HARRAHS CASINO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 1,828.14 | 1,828.14 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,978.78 | 1,978.78 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 845.85 | 845.85 | 0.00 | 0.00 |
| 018 | MERRICK BANK | 2,599.41 | 2,599.41 | 0.00 | 0.00 |
| 019 | MERRICK BANK | 1,209.42 | 1,209.42 | 0.00 | 0.00 |
|  | Total Unsecured | 14,717.55 | 14,717.55 | 0.00 | 0.00 |
|  | Grand Total: | 192,269.62 | 47,213.57 | 0.00 | 0.00 |

Total Paid Claimant:  $0.00
Trustee Allowance:  $0.00
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008         By  /s/Heather M. Fagan